O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHARF HAROUN; and SAAD HAROUN<br><br>Plaintiffs,<br><br>v.<br><br>HANY HAROUN; CHRISTINE HAROUN; JJ CORPORATION OF THE FLORIDA KEYS; SOUTHEAST QUALITY FOODS, INC.; and DOES 1-100.<br><br>Defendants. | CV-11-8132 RSWL (CWx)<br><br>**ORDER TO SHOW CAUSE RE: JURISDICTION** |

The Court is in receipt of Plaintiffs Asharf Haroun and Saad Haroun's ("Plaintiffs") Complaint. The Court hereby orders Plaintiffs to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

Federal courts are courts of limited jurisdiction, and the burden of establishing jurisdiction rests upon the party asserting jurisdiction. District courts have original jurisdiction over: (1) civil actions against

1

1  foreign states; (2) civil actions arising under the
2  Constitution, laws or treaties of the United States;
3  and (3) civil actions where there is complete diversity
4  of citizenship among the parties and the amount in
5  controversy exceeds $75,000, exclusive of interest and
6  costs.  28 U.S.C. §§ 1331-1334.
7      Plaintiffs have not proffered any reason as to why
8  the Court has subject matter jurisdiction over this
9  Action.  Accordingly the Court hereby orders Plaintiffs
10 to show cause within 10 days as to why this case should
11 not be dismissed for lack of subject matter
12 jurisdiction.

DATED: November 2, 2011

**IT IS SO ORDERED.**

                                    RONALD S.W. LEW
                              _____

                         **HONORABLE RONALD S.W. LEW**
                         Senior, U.S. District Court Judge